UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAMIEN ROBINS, | Case No. 3:19-cv-00506-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

Petitioner has filed a motion for extension of time to file an amended petition and either to file a complete application to proceed *in forma pauperis* or to pay the filing fee. (ECF No. 7.) The Court grants this motion.

Petitioner also has filed a response to the Court's order to show cause as to why the Court should not dismiss the action as untimely. (ECF No. 8.) The Court defers ruling on Petitioner's show of cause until Petitioner has filed his amended petition and either files a complete application to proceed *in forma pauperis* or pays the filing fee.

It is therefore ordered that Petitioner's motion for extension of time (ECF No. 7) is granted. Petitioner will have up to and including Monday, November 4, 2019, to file an amended petition and to either file a complete application to proceed *in forma pauperis* or to pay the filing fee.

DATED THIS 6th day of September 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE