# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAMIEN ROBINS,<br><br>                Petitioner,<br>   v.<br>WILLIAM GITTERE, *et al.*,<br><br>                Respondents. | Case No. 3:19-cv-00506-MMD-CLB<br><br>ORDER |

In this closed habeas corpus action under 28 U.S.C. § 2254, Petitioner has filed a motion for appointment of counsel (ECF No. 13) and an application to proceed *in forma pauperis* (ECF No. 14). The Court has dismissed this action because it is untimely under 28 U.S.C. § 2244(d). The time to appeal has expired. Petitioner has given the Court no reason to reconsider its dismissal. Consequently, the Court denies the motions.

It is therefore ordered that the motion for appointment of counsel (ECF No. 13) is denied.

It is further ordered that the application to proceed *in forma pauperis* (ECF No. 14) is denied.

DATED THIS 10th day of March 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE